IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LENNI OGGS,** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | EP-25-CV-00085-DB |
| | § | |
| **FRANK BISIGNANO,** *Commissioner of* | § | |
| *the Social Security Administration,* | § | |
|     Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the Court considered United States Magistrate Judge Robert F. Castaneda's ("Judge Castaneda") "Report & Recommendation" ("R&R"), ECF No. 12, filed on October 2, 2025. Therein, Judge Castaneda recommends this Court should reverse and remand the Commissioner of the Social Security Administration's decision in Plaintiff Lenni Oggs' case regarding social security benefits. *Id.* at 1. No party filed any objections to this R&R within fourteen days to ensure this Court's *de novo* review of Judge Castaneda's order. Therefore, this Court reviews Judge Castaneda's R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1). After due consideration of the arguments and pleadings, and because this Court finds no clear error, the R&R is adopted in full.

Accordingly, **IT IS HEREBY ORDERED** that the United States Magistrate Judge Robert F. Castaneda's "Report and Recommendation," ECF No. 12, is **ADOPTED.**

**IT IS FURTHER ORDERED** that the decision of Defendant Frank Bisignano, Commissioner of the Social Security Administration, is **REVERSED AND REMANDED**.

**SIGNED** this **31st** day of **October 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE