IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **LENNI OGGS,** | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | EP-25-CV-00085-DB |
| | § | |
| **FRANK BISIGNANO,** *Commissioner of* | § | |
| *the Social Security Administration,* | § | |
|     Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the Court considered United States Magistrate Judge Robert F. Castaneda's ("Judge Castaneda") "Report & Recommendation" ("R&R"), ECF No. 16, filed on December 18, 2025. Therein, Judge Castaneda recommends "Plaintiff's Motion, ECF No. 15, be GRANTED in part and DENIED in part. The Motion should be GRANTED as to Plaintiff's request he be awarded the agreed upon amount. However, it should be DENIED as to the request that the award be made payable to Plaintiff's counsel." *Id.* at 5. He further recommends "the Court ORDER Plaintiff be awarded $13,405.00 in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), subject to any administrative offset, made payable to Plaintiff and mailed to Plaintiff's attorney at the attorney's address on record." *Id.*

No party filed any objections to this R&R within fourteen days to ensure this Court's *de novo* review of Judge Castaneda's order. Therefore, this Court reviews Judge Castaneda's R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1). After due consideration of the arguments and pleadings, and because this Court finds no clear error, the R&R is adopted in full.

Accordingly, **IT IS HEREBY ORDERED** that the United States Magistrate Judge Robert F. Castaneda's "Report and Recommendation," ECF No. 16, is **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff Lenni Oggs's "Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)," ECF No. 15, is **GRANTED IN PART** and **DENIED IN PART.** The Motion should be **GRANTED** as to Plaintiff's request he be awarded the agreed upon amount. However, it should be **DENIED** as to the request that the award be made payable to Plaintiff's counsel.

**IT IS FINALLY ORDERED** Plaintiff Lenni Oggs's be awarded $13,405.00 in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), subject to any administrative offset, made payable to Plaintiff and mailed to Plaintiff's attorney at the attorney's address on record.

**SIGNED** this **12th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE